# O'MELVENY & MYERS LLP

| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| CENTURY CITY | Washington, D.C. 20006-4001 | NEW YORK |
| HONG KONG | | SAN FRANCISCO |
| IRVINE | TELEPHONE (202) 383-5300 | SHANGHAI |
| LONDON | FACSIMILE (202) 383-5414 | SILICON VALLEY |
| LOS ANGELES | www.omm.com | TOKYO |

August 13, 2004

**VIA FEDERAL EXPRESS**

Karen Whittington, Deputy Clerk
United States Court of Appeals
Fifth Circuit
Office of the Clerk
600 Camp Street
New Orleans, LA 70130

OUR FILE NUMBER
154,883-012

WRITER'S DIRECT DIAL
(202) 383-5363

WRITER'S E-MAIL ADDRESS
beccles@omm.com

U.S. COURT OF APPEALS
**FILED**
AUG 1 6 2004
CHARLES R. FULBRUGE III
CLERK

U.S. COURT OF APPEALS
RECEIVED
AUG 1 6 2004
NEW ORLEANS, LA

Re: *No. 01-10891 Calad v. Cigna*

Dear Ms. Whttington:

I am responding to the direction that we advise the court what action we think should be taken in light of the remand from the Supreme Court. We have reviewed the letter from counsel for Plaintiffs-Appellants to you dated August 4 in which he advises that this case was dismissed in state court. Based on that letter, we believe the court should dismiss the appeal.

Please let me know if you need anything further from us.

Sincerely,

Robert N. Eccles
of O'MELVENY & MYERS

RNE/jw

DC1:595886.1

O'MELVENY & MYERS LLP

Ms. Whittington, August 13, 2004 - Page 2

cc: John B. Shely, Esq.
Dimitri Zgourides, Esq.
ANDREWS & KURTH, LLP
600 Travis, Suite 4200
Houston, Texas 77002


Dennis N. Ryan, Esq.
ANDREWS & KURTH, LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201


Steven R. Shaver, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
5000 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270


Miguel A. Estrada, Esq.
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036


George Parker Young, Esq.
THE LAW OFFICES OF GEORGE PARKER YOUNG, P.C.
1320 South University Drive, Suite 405
Fort Worth, Texas 76107

DC1:595886.1